July 31   VA Deposit

VACP TREAS 310 XXVA BENEF PPD ID: 9111036002

$1,426.17

Sent from my iPhone

Sep 01, 2020

*September VA Deposit*

VACP TREAS 310 XXVA BENEF PPD ID: 9111036002

$1,830.81                                $1,426.17

Sent from my iPhone

Aug 26, 2020

GA DEPT OF LABOR REG UI PPD ID: 2586002009

$369.87         $365.00

Aug 19, 2020

GA DEPT OF LABOR REG UI PPD ID: 2586002009

$762.07         $365.00

Aug 12, 2020

GA DEPT OF LABOR REG UI PPD ID: 2586002009

$369.02         $365.00

Aug 05, 2020

GA DEPT OF LABOR REG UI PPD ID: 2586002009

$849.73         $365.00

Jul 29, 2020

GA DEPT OF LABOR REG UI PPD ID: 2586002009

$2,404.10         $365.00

Jul 22, 2020

GA DEPT OF LABOR REG UI PPD ID: 2586002009

$1,082.50         $365.00

Sent from my iPhone

(No subject)



Sep 02, 2020

GA DEPT OF LABOR REG UI PPD ID: 2586002009

$2,680.10                                              $365.00

Aug 26, 2020

GA DEPT OF LABOR REG UI PPD ID: 2586002009

$369.87                                                $365.00



**TYRONE M LOCKE**

Current Program:
SEB

Benefit Year Begin (BYB) Date:
02/09/2020

Benefit Year End (BYE) Date:
02/06/2021

Effective Date:
09/06/2020

Weekly Benefit Amount (WBA):
$365.00

Maximum Benefit Amount (MBA):
$4,745.00

Remaining Balance:
$4,380.00

### State Extended Benefits Payment Summary

Claim Weekly UI Benefits Payments

Sent from my iPhone